Wendy A. Loo (SBN 176587)
Deputy City Attorney
Los Angeles City Attorney's Office
200 North Main Street, Suite 920
Los Angeles, California 90012
Tel: (213) 978-7550
Fax: (213) 978-7711
email: Wendy.Loo@LACity.org

Counsel for Additional
Petitioning Creditors

FILED
APR 15 2013
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re

Monica H. Hujazi

    Alleged Debtor.

Case No. 13 - 30477 - HLB

**JOINDER IN INVOLUNTARY PETITION**

[ Chapter 7 ]

    Per the attached signature page of Official Bankruptcy Form 5, executed by their Authorized Agent, Unsecured Creditors the Fire Department of the City of Los Angeles and the Housing Department of the City of Los Angeles, join in the pending Involuntary Bankruptcy Petition [Chapter 7] as to Monica H. Hujazi.

DATED: April __11__, 2013

LOS ANGELES CITY ATTORNEY

By: _____
Wendy A. Loo
Deputy City Attorney

-1-

JOINDER IN INVOLUNTARY PETITION [CHAPTER 7]

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
|---|---|
| Los Angeles Housing Department | Wendy A. Loo, Deputy City Atty - LA City Atty's Office   4/10/13 |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | 200 North Main Street, Suite 920 - L.A., CA 90012 |
| Name & Mailing Address of Individual Signing in Representative Capacity: LAHD Task Force, 3550 Wilshire Bl. 15thFlr, Los Angeles CA 90010 | Address |
| | (213) 978-7750 |
| | Telephone No. |

| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
|---|---|
| Los Angeles Fire Department | Wendy A. Loo, Deputy City Atty - LA City Atty's Office   4/10/13 |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | 200 North Main Street, Suite 920 LA, CA 90012 |
| Name & Mailing Address of Individual Signing in Representative Capacity: LAFD- Legal Liason Unit, 200 N. Main St. #1727, Los Angeles, CA 90012 | Address |
| | (213) 978-7750 |
| | Telephone No. |

| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
|---|---|
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Los Angeles Housing Dept. 3550 Wilshire Bl. 15th Fl. LA CA | Investigative Costs | 52,755.98 |
| Los Angeles Fire Dept. 200 N. Main St. Room 1727, LA, CA | Investigative Costs | 10,102.60 |
| | | |
| | **Total Amount of Petitioners' Claims** | **62,858.58** |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

___0___ continuation sheets attached