ORIGINAL

Daniel J. Bramzon (SBN 214324)
Benjamin G. Ramm (SBN 254950)
BASTA, Inc.
2500 Wilshire Blvd, Suite 1050
Los Angeles, California 90057
Tel: (213) 736-5050
Fax: (213) 736-5055

Counsel for Additional
Petitioning Creditors

**FILED**

APR 18 2013

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re

Monica H. Hujazi

        Alleged Debtor.

Case No. 13 - 30477 - HLB

**JOINDER IN INVOLUNTARY PETITION**

[ Chapter 7 ]

    Per the attached signature page of Official Bankruptcy Form 5, executed by their Authorized Agent as Class Counsel, Benjamin Ramm, Unsecured Creditors Blanca Valdovinos and Mirian Gonzales join in the pending Involuntary Bankruptcy Petition [Chapter 7] as to Monica H. Hujazi. Ms. Valdovinos and Ms. Gonzalez join as representatives of a certified class.

DATED: April 18, 2013

BASTA, Inc.

By: _____
      Benjamin Ramm

-1-

JOINDER IN INVOLUNTARY PETITION [CHAPTER 7]

Name of Debtor __Monica H. Hujazi__

Case No. __13 - 30477- HLB__

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title)<br>**Blanca Valdovinos (class rep.)** | Signature of Attorney — Date: 04/18/2013<br>**Benjamin G. Ramm, BASTA, Inc. (class counsel)** |
|---|---|
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any)<br>2500 Wilshire Blvd. #1050 Los Angeles, CA 90057 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>c/o Benjamin Ramm<br>2500 Wilshire Bl. #1050<br>Los Angeles CA 90057 | Address<br>(213) 736-5050<br>Telephone No. |
| Signature of Petitioner or Representative (State title)<br>**Mirian Gonzalez (class rep.)** | Signature of Attorney — Date<br>**Benjamin G. Ramm, BASTA, Inc. (class counsel)** |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any)<br>2500 Wilshire Blvd. #1050 Los Angeles, CA 90057 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>c/o Benjamin Ramm<br>2500 Wilshire Bl. #1050<br>Los Angeles, CA 90057 | Address<br>(213) 736-5050<br>Telephone No. |
| Signature of Petitioner or Representative (State title) | Signature of Attorney — Date |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Blanca Valdovinos c/o BASTA Inc. 2500 Wilshire #1050 LA | Class action tort/contract | 18,900,000.00 |
| Mirian Gonzalez c/o BASTA Inc. 2500 Wilshire #1050 LA | Class action tort/contract | 18,900,000.00 |
| Absent class members are listed on attached sheets | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>18,900,000.00 |

__4__ continuation sheets attached

# CREDITOR ATTACHMENT

Name of Creditor:

(Class Action Claimants)

1. Blanca Valdovinos, Mirian Gonzalez and the class of all similarly situated persons (certified on 02/07/2012)

(Known Class Members and Mass Action Claimants)

2. Blanca Valdovinos
3. Mirian Gonzalez
4. Victor Hugo Aguilar
5. Celina Valenzuela Alvarez
6. Dorca Lopez
7. Jaime Osmin Gonzales
8. Rigoberto Sanchez Trieles
9. Jose Alvaro Sanche Trieles
10. Belarmino Lopez Aguilar
11. Elmer Duenas Mendez
12. Juan Velasquez
13. Olga Velasquez
14. Manuel Bermudez
15. Rafael Bermudez Loeza
16. Jose Bermudez Loeza
17. Blanca Romero
18. Yolanda Romero
19. Ruben Romero
20. Rodolfo Rivera Cabrera
21. Veronica Perez Castro
22. Ruben Aroldo Mendez
23. Roegl Armando Mendez
24. Ludin Garelo Juarez Cabrera
25. Samuel Ivan Dardon
26. Samuel Guzman Grisostomo
27. Agustin Mendez Aguilar

28. Deybi Laura Cortes
29. Luciano Cortes Salazar
30. Jasinta Elizabeth Perez Soto
31. Hubo Bernabe Aguilar Sanchez
32. Eluvia Aguilar Sanchez
33. Cesar Obed Duenas Aguilar
34. Marloqueo Noel Duenas Aguilar
35. Niclas Guzman Perez
36. Olman Sanchez
37. Edna Estla Gonzalez Hernandez
38. Marvin Norberto Sales Hernandez
39. Griselda Anais Molina Gonzalez
40. Jorge Abler Molina Gonzalez
41. Oswaldo Juarez
42. Freddy Joel Cortez Cabrera
43. Teodor Aguilar Cortez
44. Bernardo Cortez Hernandez
45. Fransico Aguilar Cortez
46. Monica Bautista Iturbe
47. Rodolfo Paulino Silverio
48. Otto Cabrera Sanchez
49. Benjamin Cabrera Mendez
50. Manuel de Jesus Tzep Tombriz
51. Franscisco Tzep Lopez
52. Fausto Rocendo Aguilar Rodas
53. Elvis Franscico Espinal
54. Bitalino Sanchez Trieles
55. Fermina Lopez
56. Santiago Sanchez Trieles
57. Rojelio Gomez Gomez
58. Miriam Duenas Gonzalez
59. Omel Gonzalez
60. Gilder Duenas
61. Obispo Cortez Hernandez
62. Elvia Elizabeth Cortez Cabrera

63. Ana Sales
64. Mateo Sales Guzman
65. Abraham Mendez Cabrera
66. Mayra Judith Cabrera Sales
67. Alondra Flores Martinez
68. Julio Cstillo Gomez
69. Mireya Navarro
70. Jose Javier Rojelio Zarate Ramirez
71. Elfego Norberto Sales
72. Julio Cesar Sales
73. Pedro Aguilar
74. Sandra Elizabeth Hernandez
75. Gilberto Vincio Trabanino
76. Juaquin Sales Ralda
77. Miguel Tambriz Tziquin
78. Elida Marianela Sales Hernandez
79. Gregorio Centeno Flores
80. Pedro Cana Alvarez
81. Luis Cuxeva
82. Tomas Cux
83. Marcos Gomez
84. Juan Vasquez
85. Diego Suy Garchaj
86. Francisco Guarchaj Mejia
87. Pedro Tzau Marroguin
88. Pablo Lucas Ixcol Quiche
89. Ismael Camacho Diaz
90. Merlo Noedubon Salquil Macario
91. Fredy Mendez
92. Jeremias Ramirez
93. David Ramirez
94. Luis Ramirez
95. Juan Perechu Ajtzalam
96. Maruel Garcia Guarchaj
97. Antonio Perechu Xocol

98. Juan Perechu Xocol
99. Mauel Chitic Ramos
100. Antonio Sohom Tzep
101. Alba Amaya
102. Heleodoro Guillermo
103. Antonio Estevan Belasquez Gomez