ORIGINAL

1 Daniel J. Bramzon (SBN 214324)
2 Benjamin G. Ramm (SBN 254950)
  BASTA, Inc.
3 2500 Wilshire Blvd, Suite 1050
4 Los Angeles, California 90057
  Tel: (213) 736-5050
5 Fax: (213) 736-5055

6 Counsel for Additional
7 Petitioning Creditors

**FILED**
APR 24 2013
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

8 UNITED STATES BANKRUPTCY COURT
9 NORTHERN DISTRICT OF CALIFORNIA
10 SAN FRANCISCO DIVISION

11 In re

12
13 Monica H. Hujazi

14 Alleged Debtor.

Case No. 13 - 30477 - HLB

**JOINDER IN INVOLUNTARY PETITION**

[ Chapter 7 ]

17     Per the attached signature page of Official Bankruptcy Form 5, executed by their
18 Authorized Agent as, Benjamin Ramm, Unsecured Creditors Bitalino Sanchez Trieles,
19 Gregorio Centeno Flores, Rodolfo Rivera Cabrera, and Tomas Cux join in the pending
20 Involuntary Bankruptcy Petition [Chapter 7] as to Monica H. Hujazi.

22 DATED: April 24, 2013      BASTA, Inc.

24      By: _____
25          Benjamin Ramm

-1-

JOINDER IN INVOLUNTARY PETITION [CHAPTER 7]

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor __Monica H. Hujazi__

Case No. __13 - 30477- HLB__

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x __Bitalino Sanchez Trieles__
Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity
c/o Benjamin Ramm
2500 Wilshire Bl. #1050
Los Angeles CA 90057

x _[signature]_    4/24/2013
Signature of Attorney    Date
Benjamin G. Ramm, BASTA, Inc.
Name of Attorney Firm (If any)
2500 Wilshire Blvd. #1050 Los Angeles, CA 90057
Address
213-736-5050
Telephone No.

---

x __Gregorio Centeno Flores__
Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity
c/o Benjamin Ramm 2500 Wilshire Bl. #1050 Los Angeles, CA 90057

x _[signature]_    4/24/2013
Signature of Attorney    Date
Benjamin G. Ramm, BASTA, Inc.
Name of Attorney Firm (If any)
2500 Wilshire Blvd. #1050 Los Angeles, CA 90057
Address
213-7365050
Telephone No.

---

x __Rodolfo Rivera Cabrera__
Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity
c/o Benjamin Ramm 2500 Wilshire Bl. #1050 Los Angeles, CA 90057

x _[signature]_    4/24/2013
Signature of Attorney    Date
Benjamin G. Ramm, BASTA, Inc.
Name of Attorney Firm (If any)
2500 Wilshire Blvd. #1050 Los Angeles, CA 90057
Address
213-7365050
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Bitalino Sanchez Trieles | Illegal rent collection | 13318.04 |
| Gregorio Centeno Flores | Illegal rent collection | 12188.00 |
| Rodolfo Rivera Cabrera | Illegal rent collection | 12044 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims    49731.20

__6__ continuation sheets attached

Case: 13-30477    Doc# 57    Filed: 04/24/13    Entered: 04/25/13 10:27:20    Page 2 of 8

Continuation of Bankruptcy form 5, additional creditors

Rodolfo Rivera Cabrera
c/o Benjamin Ramm
BASTA, Inc.
2500 Wilshire Blvd., Ste. 1050
Los Angeles, CA 90057

---

Benjamin G. Ramm, BASTA, Inc.
2500 Wilshire Blvd., Ste. 1050
Los Angeles, CA 90057
213-736-5050

| | |
|---|---|
| Bitalino Sanchez Trieles | $13,318.04 |
| Gregorio Centeno Flores | $12,188.00 |
| Rodolfo Rivera Cabrera | $12,044.00 |
| Tomas Cux | $12,181.16 |
| Total | $49,731.20 |

Continuation of official bankruptcy form 5
Page 1 of 6

The petitioners, Bitalino Sanchez Trieles, Gregorio Centeno Flores, Rodolfo Rivera Cabrera, and Tomas Cux each have several, separate and independent claims against Monica Hujazi. These claims are based, in part, on Ms. Hujazi's separate, independent and adjudicated failures, to maintain the building where they live, 621 South Union, Los Angeles, California. This failure to maintain the building occurred over the course of many separate months.

Ms. Hujazi has been cited repeatedly by the Los Angeles Housing Department ("LAHD") for failing to maintain this building. The LAHD issued at least three such reports citing her. These reports were issued on May 8, 2007, January 23, 2008, and April 7, 2009.

Ms. Hujazi was also criminally convicted of failing to correct these cited violations in People v. Hujazi, Los Angeles County Case No. 7HY05760. The facts and code violations established by these criminal convictions are the same facts upon which these joining petitioners base their several, distinct and separate claims against Ms. Hujazi.

Additionally, on April 24, 2009, in a contested proceeding and after a full hearing on the merits, the building at 621 South Union was also found to be substandard and Ms. Hujazi was found to have no good reason for delaying to repair it. Vazquez v. Hujazi, Los Angeles County Case No. BC380110.

After a hearing, the building was also placed into the Rent Escrow Account Program ("REAP"), a program that reduces the rent that can be charged to tenants. A building can be placed into REAP only after an adversarial hearing before a neutral

Case: 13-30477   Doc# 57   Filed: 04/24/13   Entered: 04/25/13 10:27:20   Page 4 of 8

hearing officer. Every apartment at the building at 621 South Union was placed into REAP by, approximately, February of 2008.

Despite these citations, the criminal conviction, and the findings by the Superior Court in Vazquez v. Hujazi, Ms. Hujazi continued to collect rent either herself or by insisting that the tenants pay rent to an escrow account maintained by the LAHD. Ms. Hujazi collected rent each month except when receivers have been in control of the building between April of 2009 and August of 2010 and, again, since March of 2011. Specifically, rent was collected on behalf of Ms. Hujazi between July of 2007 and April of 2009 and between September of 2010 and March of 2011. Thus, Ms. Hujazi collected rent from each of the petitioners 29 times.

Each collection of rent violated California law. Cal. Civil Code, § 1942.4. Each violation of this statute entitles the victim of that particular violation to minimum statutory damages of $100 (one hundred dollars). Civil Code, § 1942.4(b)(1). The collection of rent each month is a separate violation of Section 1942.4. Each separate violation, month by month, is a separate statutory claim (minimum $100) held by each of these Joining Petitioning creditors.

Separate and apart from their independent claims for minimum statutory damages of $100 per each violation, the same adjudicated facts and conditions give these joining petitioning creditors, tenant victims of Monica Hujazi, additional and separate claims against Monica Hujazi.

These tenant victims of these violations are also entitled to a refund of the rent they paid because Section 1942.4 bars landlords who do not comply with housing orders from paying rent. Thus, each of the four joining petitioners has 29 separate claims for at

least $100 plus the rent collected for a total of 116 claims valued at a liquidated minimum of $49,731.20 as detailed in the chart below.

Apartment 301 has been occupied by Bitalino Sanchez Trieles. This apartment was cited for clogged plumbing and inadequate hot water in one report and vermin infestation in two reports. The first citation was on May 8, 2007 for an infestation of vermin. Therefore, the collection of rent at any point more than 35 days after that citation was illegal. Mr. Sanchez paid rent either to Ms. Hujazi or to the Los Angeles Housing Department and its Rent Escrow Account Program for the benefit of Ms. Hujazi at least 29 times. The collection of rent since July 1, 2007 has been illegal and subject to $100 in statutory damages each month. His rent was $578.78 before the building was placed into REAP and he has paid $289.39 each month ever since for a total of $2,900 in statutory damages, $10,418.04 in rent rebates, and a grand total of $13,318.04.

Apartment 403 has been occupied by Gregorio Centeno Flores. This apartment was cited for clogged plumbing and inadequate hot water in one report and vermin infestation in three reports. The first citation was on May 8, 2007 for an infestation of vermin and clogged plumbing. Therefore, the collection of rent at any point more than 35 days after that citation was illegal. He paid rent either to Ms. Hujazi or to the Los Angeles Housing Department and its Rent Escrow Account Program for the benefit of Ms. Hujazi at least 29 times. The collection of rent since July 1, 2007 has been illegal and subject to $100 in statutory damages each month. His rent was $516 before the building was placed into REAP and he has paid $258 each month ever since for a total of $2,900 in statutory damages, $9,288.00 in rent rebates, and a grand total of $12,188.00.

Apartment 112 has been occupied by Rodolfo Rivera Cabrera. This apartment was cited for clogged plumbing and vermin infestation in two reports. The first citation was on May 8, 2007 for an infestation of vermin and inadequate hot water. Therefore, the collection of rent at any point more than 35 days after that citation was illegal. He paid rent either to Ms. Hujazi or to the Los Angeles Housing Department and its Rent Escrow Account Program for the benefit of Ms. Hujazi at least 29 times. The collection of rent since July 1, 2007 has been illegal and subject to $100 in statutory damages each month. His rent was $508 before the building was placed into REAP and he has paid $254 each month ever since for a total of $2,900 in statutory damages, $9,144.00 in rent rebates, and a grand total of $12,044.00.

Apartment 407 has been occupied by Tomas Cux. This apartment was cited for clogged plumbing, inadequate hot water, and no working heating facilities in two reports. The first citation was on May 8, 2007 for inadequate hot water, clogged plumbing, and a lack of any working heater. Therefore, the collection of rent at any point more than 35 days after that citation was illegal. He paid rent either to Ms. Hujazi or to the Los Angeles Housing Department and its Rent Escrow Account Program for the benefit of Ms. Hujazi at least 29 times. The collection of rent since July 1, 2007 has been illegal and subject to $100 in statutory damages each month. His rent was $515.62 before the building was placed into REAP and he has paid $257.81 each month ever since for a total of $2,900 in statutory damages, $9,281.16 in rent rebates, and a grand total of $12,181.16.

The following table shows the rent rebate calculations for each claim:

| Month | 301 - Sanchez | 403 - Centeno | 112 - Rivera | 407 - Cux |
|---|---|---|---|---|

Case: 13-30477   Doc# 57   Filed: 04/24/13   Entered: 04/25/13 10:27:20   Page 7 of 8

| Month | | | | |
|---|---|---|---|---|
| Jul-07 | $578.78 | $516.00 | $508.00 | $515.62 |
| Aug-07 | $578.78 | $516.00 | $508.00 | $515.62 |
| Sep-07 | $578.78 | $516.00 | $508.00 | $515.62 |
| Oct-07 | $578.78 | $516.00 | $508.00 | $515.62 |
| Nov-07 | $578.78 | $516.00 | $508.00 | $515.62 |
| Dec-07 | $578.78 | $516.00 | $508.00 | $515.62 |
| Jan-08 | $578.78 | $516.00 | $508.00 | $515.62 |
| Feb-08 | $289.39 | $258.00 | $254.00 | $257.81 |
| Mar-08 | $289.39 | $258.00 | $254.00 | $257.81 |
| Apr-08 | $289.39 | $258.00 | $254.00 | $257.81 |
| May-08 | $289.39 | $258.00 | $254.00 | $257.81 |
| Jun-08 | $289.39 | $258.00 | $254.00 | $257.81 |
| Jul-08 | $289.39 | $258.00 | $254.00 | $257.81 |
| Aug-08 | $289.39 | $258.00 | $254.00 | $257.81 |
| Sep-08 | $289.39 | $258.00 | $254.00 | $257.81 |
| Oct-08 | $289.39 | $258.00 | $254.00 | $257.81 |
| Nov-08 | $289.39 | $258.00 | $254.00 | $257.81 |
| Dec-08 | $289.39 | $258.00 | $254.00 | $257.81 |
| Jan-09 | $289.39 | $258.00 | $254.00 | $257.81 |
| Feb-09 | $289.39 | $258.00 | $254.00 | $257.81 |
| Mar-09 | $289.39 | $258.00 | $254.00 | $257.81 |
| Apr-09 | $289.39 | $258.00 | $254.00 | $257.81 |
| Sep-10 | $289.39 | $258.00 | $254.00 | $257.81 |
| Oct-10 | $289.39 | $258.00 | $254.00 | $257.81 |
| Nov-10 | $289.39 | $258.00 | $254.00 | $257.81 |
| Dec-10 | $289.39 | $258.00 | $254.00 | $257.81 |
| Jan-11 | $289.39 | $258.00 | $254.00 | $257.81 |
| Feb-11 | $289.39 | $258.00 | $254.00 | $257.81 |
| Mar-11 | $289.39 | $258.00 | $254.00 | $257.81 |
| Rent rebate | $10,418.04 | $9,288.00 | $9,144.00 | $9,281.16 |