Harold Greenberg, Esq. [SBN 40827]
Mark E. Beallo [SBN 174142]
LAW FIRM OF HAROLD GREENBERG
2263 South Harvard Boulevard
Los Angeles, CA 90018-2143
Tel: (323) 732-9536

Attorneys for Petitioner,
HAROLD GREENBERG

FILED

SEP 24 2015

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

Monica H. Hujazi,

    Alleged Debtor.

Case No.: 13 – 30477 - HLB

STATUS CONFERENCE STATEMENT OF PETITIONER HAROLD GREENBERG

Date: October 1, 2015
Time: 10:00 a.m.
Dept: 23
Loc.: 235 Pine St., 23rd Fl. San Francisco, CA

TO THE HONORABLE COURT:

Petitioner HAROLD GREENBERG ("Greenberg") hereby submits this Status Conference Statement for the Status Conference scheduled for October 1, 2015, in the above-captioned case against Alleged Debtor MONICA HUJAZI ("Hujazi").

A.    **Initial Disclosures Required by Rule 26(a)**

Greenberg filed the initial discovery disclosure pursuant Rule 26(a), on or about December 30, 2013. Greenberg filed a first amended initial discovery disclosure on January 16, 2014. Greenberg received Hujazi's initial disclosures on or about December 14, 2013.

- 1 -
STATUS CONFERENCE STATEMENT, PETITIONER HAROLD GREENBERG
CASE #13-30477-HLB (HUJAZI)

B.  **Discovery Plan**

**Written Discovery:** Greenberg has completed written discovery and discovery closed on August 31, 2015.

**Deposition of Monica Hujazi.** As the Court is aware, there was significant and repeated delay in setting a date for the deposition of Hujazi; On June 26, 2015, in accordance with the Court's rules and procedures concerning discovery disputes, Greenberg submitted a letter to this Court requesting judicial intervention. The Court ordered that the deposition was to take place on July 6, 2015, at 10:00 a.m. in San Francisco. Hujazi was to produce the documents no later than Sunday, July 5, 2015. On July 4, 2015, Hujazi submitted some documentation via email.

The deposition took place as ordered on July 6, 2015. Hujazi was questioned concerning the documentation and stated that it was possible she had additional material responsive to the request, which was not provided on or before July 5, 2015. Some additional material was provided at the time of deposition. Hujazi stated that she had no other documents responsive to the request.

By stipulation, the deposition continued first to July 8, 2015, then to August 12, 2015, then August 27, 2015. The depositions took place, as agreed.

C.  **Anticipated Time for Discovery**

Discovery is closed.

D.  **Acceptable Trial Schedule**

Court has indicated that the trial will be set for December 2015 or January 2016. These dates are acceptable..

E.  **Further Status Conference**

No further status conference is necessary..

F.  **Anticipated Time for Trial**

It is understood that at this time trial is currently set for three (3) days. The allotted time of three days for trial should be sufficient.

////

- 2 -

STATUS CONFERENCE STATEMENT, PETITIONER HAROLD GREENBERG
CASE #13-30477-HLB (HUJAZI)

G.  **Other Material Matters**

Greenberg is not aware of any additional issues or concerns at this time.

DATED: September 24, 2015

                                Respectfully Submitted,

                                THE LAW FIRM OF HAROLD GREENBERG

                                By: _____
                                    MARK E. BEALLO
                                    Attorneys for Petitioner, Harold Greenberg