SIDNEY A. LUSCUTOFF (096943) sidney.luscutoff@lla-law.com
CONOR D. MACK (253878) conor.mack@lla-law.com
Luscutoff, Lendormy & Associates
400 Montgomery Street, Suite 600
San Francisco, California 94104-1217
Tel: (415) 989-7500
Fax: (415) 989-1465

Attorney for Petitioner
Recoverex Corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Monica H. Hujazi<br><br>Alleged Debtor. | Case No. 13-30477 HLB<br><br>**PETITIONER RECOVEREX CORPORATION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: November 19, 2015<br>Time: 10:00 AM<br>Place: Courtroom 23<br>       235 Pine Street<br>       San Francisco, CA 94104<br>Judge: Hon. Hannah L. Blumenstiel |

**TO THE HONORABLE HANNAH L. BLUMENSTIEL, UNITED STATES BANKRUPTCY JUDGE, ALLEGED DEBTOR, ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 19, 2015 at 10:00 A.M. or as soon thereafter as the matter may be heard in the above-entitled Court located at 235 Pine Street, 23rd Floor, San Francisco, CA 94104, moving creditor Recoverex Corporation will and hereby does move this Court for summary judgment (the "Motion") for the entry of an Order For Relief on the

Involuntary Petition on file in this case, i.e., under Title 7 of the United States Code (the "Bankruptcy Code"), and against Monica H. Hujazi (the "Alleged Debtor" or "Hujazi").

The Motion is made pursuant to Federal Rule of Civil Procedure ("FRCP") 56, made applicable hereto by Federal Rule of Bankruptcy Procedure ("FRBP") 7056, on the grounds that when viewing the evidence in the light most favorable to Hujazi, it shows that there is no genuine issue as to any material fact and that Petitioning Creditors have satisfied each of the elements of 11 U.S.C. § 303.

As a matter of law, Petitioning Creditors are entitled to summary judgment and the entry of an Order For Relief adjudicating Hujazi to be a debtor and subject to the provisions of the Bankruptcy Code forthwith, because Ms. Hujazi was not generally paying her debts as they became due at the time that the Petition was filed.

In the alternative, in the event that the Court does not enter an order for relief pursuant to U.S.C. § 303, then Recoverex Corporation shall seek partial summary judgment that, as of March 1, 2013, Ms. Hujazi was not timely paying her debts to one or more of the following creditors, and each of them:

    i.    the City of Los Angeles
    ii.    Allen Hyman, Esq.
    iii.    Michael Grodsky, Esq.
    iv.    Bank of America NA
    v.    Wells Fargo Bank [Loan #003028673],
    vi.    the Michael Joseph Profit Sharing Plan
    vii.    Otto Miller
    viii.    Bianka McGuigan
    ix.    American Express
    x.    Robert Wrinkle, Esq.
    xi.    George Eshoo, Esq.
    xii.    Certain Underwriters at Lloyds London, Syndicate 330.555(07)
    xiii.    Commonwealth Land Title Ins. Co.

xiv. Andrew Kim, and/or

xv. Pacific Gas & Electric; and,

an order specifying that Monica Hujazi's failure to pay those debts to those specific creditors be deemed established.

The Motion is based upon this Notice, the Memorandum of Points and Authorities filed herewith, the concurrently filed Request for Judicial Notice and the documents identified therein, the Declarations of Sidney A. Luscutoff ("Luscutoff"), Wendy Loo, Harold Greenberg, Nels Stemm, Michael Joseph, Otto Miller, Robert Wrinkle, George Eshoo and Lewis Silver as well as the documents attached to those declarations, all of the records, pleadings and files in this case, and upon such further and other oral and documentary evidence as may be presented prior to or at the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 7056 and 9014-1(c)(1), if you wish to oppose the Motion, you must do so by filing and serving a written response **no later than fourteen (14) days before the hearing date** set for the Motion, accompanied by any supporting declarations or affidavits or other evidence upon which such opposition is based.

If you fail to file and serve a written response within such time period, the Court may treat such failure as a waiver of your rights to oppose the Motion and grant any relief requested therein.

DATED: September 30, 2015        LUSCUTOFF, LENDORMY & ASSOCIATES

By:  /s/ Conor D. Mack
    Conor D. Mack
    Attorneys for Petitioner Recoverex Corporation