ALLEN HYMAN, ESQ. (CBN: 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California 91602
P: (818) 763-6289 or (323) 877-3405
F: (818) 763-4676
E: lawoffah@aol.com

Attorneys for Creditor
Law Offices of Allen Hyman

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>Monica H. Hujazi<br><br>        Alleged Debtor. | Case No. 13-30477-HLB<br><br>Chapter 7<br><br>**JOINDER BY PETITIONER ALLEN HYMAN IN RECOVEREX CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>**DATE:** November 19, 2015<br>**TIME:** 10:00 A.M.<br>**BEFORE:** Bankruptcy Court, Northern District of California, the Honorable Hannah L. Blumsteil, Bankruptcy Court Judge Presiding<br><br>**(Appearance by Telephone Conference Requested)** |

1
**JOINDER IN RECOVEREX CORP.'S MOTION FOR SUMMARY JUDGMENT**

Petitioner Allen Hyman joins in the Motion filed September 30, 2015 (DK 303) in Petitioner Recoverex Corporation's ("RECOVEREX") Motion for Summary Judgment or Alternatively Partial Summary Judgment and in joinder and in support of the RECOVEREX Motion, and Joinder submits with this Notice a limited Memorandum and a Declaration of Allen Hyman.

Respectfully submitted,

Dated: October 9, 2015         By: /s/ Allen Hyman
                                   Allen Hyman, Esq.
                                   LAW OFFICES OF ALLEN HYMAN
                                   Attorneys for Creditor
                                   Law Offices of Allen Hyman