BRADLEY KASS, ESQ. (CBN# 127658)
KASS & KASS LAW OFFICES
520 S. El Camino Real, Suite 810
San Mateo, CA 94402
Phone Number: (650) 579-0612
Fax Number: (650) 579-0760
*kassoffice@sbcglobal.net*

Attorney for Alleged Debtor Monica Hujazi

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 13-30477 |
| PETITIONING CREDITORS: | Chapter 7-Involuntary |
| RECOVEREX ET. AL. | **PRELIMINARY** DECLARATION OF MONICA HUJAZI IN OPPOSITION TO MOTION FOR RELIEF FROM STAY |
| V. | |
| ALLEGED DEBTOR: | DATE: November 5, 2015 |
| MONICA HUJAZI | TIME: 1:00 pm |
| | DEPT: 23 |

DECLARATION

1

I MONICA HUJAZI STATE:

1. I am the alleged debtor in this case.

2. The facts stated in this declaration are based upon my personal knowledge, except for that which is based on information and belief, of which I have a factual basis for.

3. I am competent to testify, and if called to do so, I would testify consistently with matters stated within this declaration.

4. I am a State Certified general appraiser in the state of California since approximately 1979.

5. I have a strong dispute with the appraised value of $760,000 by Laura M. Shields. It appears to me that she is conceding that she is on the extreme low side by asserting speculative plans by the government which she asserts affects the marketing and value of this property at 911 N. Amphlett Blvd., San Mateo.

6. My opinion as an appraiser is that the current market value of 911 N. Amphlett Blvd., San Mateo would be approx $1,600,000.00 through $1,800,000.00.

7. My opinion is based on eleven comparables which I analyzed in order to reach my conclusion. These comparables are all within one mile of the property at 911 N. Amphlett Blvd., San Mateo. The current status of the property is that I am having some work performed on the building so that I can obtain a tenant to generate a stream of cash flow. Attached hereto as Exhibit A are various back up documentation which I believe supports my opinion as to the value of 911 N. Amphlett Blvd., San Mateo.

//

8. I have reviewed the appraisal report of Laura Shields which supports my earlier statements that she is valuing the property at a very low fair market value bases on inaccurate comparables and analysis which actually contradicts her own report.

9. The report of Laura Shields reflects an inaccurate price per square foot and an inaccurate square footage of the subject property. The property is a mixed used building and all of the comps used by Laura Shields only reflect commercial without a residential component. In addition, the comps used by Laura Shields are out of the area and cannot be properly utilized for an appraisal of 911 N. Amphlett Blvd., San Mateo.

10. The comment by Laura Shields regarding CalTrans is based on speculation. There is no direct indication that any CalTrans work would interfere with this property and it is my understanding that they do not have funding at this time. In addition, even if the property were to be taken by eminent domain, the consideration would be based on fair market value.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Mateo, California on November 2, 2015.

_____
MONICA HUJAZI