1  BRADLEY KASS, ESQ.  (CBN# 127658)
   KASS & KASS LAW OFFICES
2  520 S. El Camino Real, Suite 810
   San Mateo, CA 94402
3  Phone Number:  (650) 579-0612
   Fax Number:  ' (650) 579-0760
4  *kassoffice@sbcglobal.net*

5  Attorney for Alleged Debtor Monica Hujazi

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12

13  In re:                          )    Case No. 13-30477
                                    )
14  PETITIONING CREDITORS:          )    Chapter 7-Involuntary
                                    )
15  RECOVEREX ET. AL.               )    DECLARATION OF MONICA HUJAZI
                                    )    IN OPPOSITION TO MOTION FOR
16  V.                              )    SUMMARY JUDGMENT OR IN THE
                                    )    ALTERNATIVE SUMMARY
17  ALLEGED DEBTOR:                 )    ADJUDICATION OF ISSUES BY
                                    )    RECOVEREX
18  MONICA HUJAZI                   )
                                    )
19                                  )    DATE: November 19, 2015
                                    )    TIME: 10:00 a.m.
20              /                   )    DEPT: 23
                                    )
21  ───────────────────────────────

22

23

24

25

26

27

28

DECLARATION OF MONICA HUJAZI

1

Case: 13-30477   Doc# 324   Filed: 11/05/15   Entered: 11/05/15 16:21:38   Page 1 of 3

I MONICA HUJAZI STATE:

1. I am the alleged debtor.

2. The facts stated in this declaration are based upon my personal knowledge and/or of which I have a factual basis for.

3. I am competent to testify, and if called to do so, I would testify consistently with matters stated within this declaration.

4. To the best of my knowledge no Notice of Right to Arbitration was served by each attorney on myself at or around the time of service of the Involuntary Bankruptcy Petition.

5. As I have continuously asserted, the claims for unpaid billed amounts by the petitioning creditors are not accurate and although I am not an attorney expert, I believe they are not reasonable in amounts.

6. I believe Otto Miller has unlawfully foreclosed on the Forest View property based on a void deed which is the subject of a lawsuit. If successful, then I believe his liability are estimated to be in excess of three (3) million dollars.

7. I am familiar with the activities of Otto Miller and he unlawfully performs contracting work without a contractors license. The purported settlement was in exchange for deferring claims against him.

8. The claims of Bank of America are disputed. Bank of America unlawfully asserted multiple duplicate liens against multiple parcels of property. Litigation ensued and a settlement agreement was signed. I do not believe that Bank of America has complied with the terms of the settlement and has unlawfully allowed multiple liens to remain on properties.

DECLARATION OF MONICA HUJAZI

9.   The ruling by the court for Binaka McGuigen was by default as I was not present. In fact, the work performed by Binaka McGuigen was not primarily for Monica Hujazi individually but other entities.

10.   American Express has always been paid regularly for years and years.   They have never closed the account which is what I believe would happen they were not getting paid on a regular basis.

11.   The actions of City of Los Angeles relating to the landlord and tenant issues are in various litigations currently ongoing in court in Los Angeles which I have been in part following.   I believe that there have been rulings that some of their actions are unconstitutional.

12.   To the best of my knowledge, Lloyds of London does not have a judgment entered. (San Mateo Superior Court case no. 499593)   The entire alleged claim of Lloyds of London in this motion is disputed which I believe we are still pursuing if and when the case becomes active.

13.   To my knowledge, no monies are owed to Cathy Bank and there is no indemnification owed by me.

14.   The attorneys George Eshoo Esq. and Robert Wrinkle Esq. are still performing services for myself and/or entities I control.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Mateo, California on November 5, 2015.

MONICA HUJAZI

DECLARATION OF MONICA HUJAZI