GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk Street, Suite # 350
San Mateo, Ca 94403-1171
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
geoff@wiggslaw.com

Attorney for Petitioning Creditors
**Michael Grodsky and Bianka McGuigan**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

In re

    Monica H. Hujazi,

        Debtor.

Case No. 13-30477-7-HLB

Chapter 7 (Involuntary)

**JOINDER IN INVOLUNTARY PETITION**

Per the attached signature page of Official Bankruptcy Form 5, executed by unsecured creditor Bianka McGuigan, Creditor Bianka McGuigan joins in the pending Involuntary Bankruptcy Petition [Chapter 7] as to Monica H. Hujazi.

oo0oo

Respectfully submitted:

**Law Offices Of Geoff Wiggs**

Dated: November 6, 2015

/s/ *Geoffrey E. Wiggs, Esq.*
**Geoffrey E. Wiggs, Esq.**
Attorney for Petitioning Creditor
Bianka McGuigan

EX PARTE APPLICATION FOR CONTINUANCE OF TRIAL DATE AND EXTENSION OF PRE-TRIAL DEADLINES  - 1 -

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_                                              x _[signature]_    11/06/2015
Signature of Petitioner or Representative (State title)      Signature of Attorney    Date
Bianka McGuigan              11/06/2015                      Law Offices of Geoff Wiggs
Name of Petitioner           Date Signed                     Name of Attorney Firm (If any)
                                                             1900 S. Norfolk St., Ste 350, San Mateo, Ca 94403
Name & Mailing                                               Address
Address of Individual                                        (650) 577-5952
Signing in Representative                                    Telephone No.
Capacity

x _____                                                x _____
Signature of Petitioner or Representative (State title)      Signature of Attorney    Date

Name of Petitioner           Date Signed                     Name of Attorney Firm (If any)

Name & Mailing                                               Address
Address of Individual
Signing in Representative                                    Telephone No.
Capacity

x _____                                                x _____
Signature of Petitioner or Representative (State title)      Signature of Attorney    Date

Name of Petitioner           Date Signed                     Name of Attorney Firm (If any)

Name & Mailing                                               Address
Address of Individual
Signing in Representative                                    Telephone No.
Capacity

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Bianka McGuigan | Judgment Debt | 4,733.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

__0__ continuation sheets attached

Geoffrey E. Wiggs (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

Attorney for Petitioning Creditors
**Michael Grodsky and Bianka McGuigan**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In re

    Monica Hujazi,

                Debtor.

**Case No:** 13-30477 HLB

Chapter 7 i

**CERTIFICATE OF SERVICE**

    I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S. Norfolk Street, Suite 350, San Mateo, California 94403-1171.

On today's date, I served the following documents:

1. JOINDER IN INVOLUNTARY PETITION; and
2. CERTIFICATE OF SERVICE

by first-class United States Mail, postage pre-paid, at San Mateo, California, on the date below and addressed to the Claimant above, and on those listed below:

| | |
|---|---|
| Harold Greenberg<br>Law Firm of Harold Greenberg<br>2263 S. Harvard Blvd.<br>Los Angeles, CA 90018 | Thomas E. Lombardi<br>Jennifer Yu Sacro<br>Palmer, Lombardi and Donohue<br>515 S. Flower St., Suite 2100<br>Los Angeles, CA 90071 |
| Craig W. Heidig<br>541 Lancaster Way<br>Redwood City, CA 94062 | |

EX PARTE APPLICATION FOR CONTINUANCE OF TRIAL DATE AND EXTENSION OF PRE-TRIAL DEADLINES   - 2 -

Case: 13-30477   Doc# 327   Filed: 11/06/15   Entered: 11/06/15 12:36:33   Page 3 of 4

| | |
|---|---|
| Wendy A. Loo, Esq.<br>Deputy City Attorney<br>200 N. Main St., Suite 920<br>Los Angeles, CA 90012 | Recoverex, Corp.<br>c/o Sidney A. Luscutoff<br>400 Montgomery St. #600<br>San Francisco, CA 94104 |
| Benjamin G. Ramm<br>BASTA, Inc.<br>2500 Wilshire Blvd.Ste. 1050<br>Los Angeles, CA 90057 | Allen Hyman, Esq.<br>LAW OFFICES OF ALLEN HYMAN<br>10737 Riverside Dr.<br>North Hollywood, CA 9160 |
| Kristin A. Heinsch<br>Morrison and Foerster LLP<br>425 Market St.<br>San Francisco, CA 94105 | |

If the Chapter 7 Trustee, if assigned, is otherwise entitled to notice, the Trustee will receive such notice upon the electronic filing of the above-named document.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 6, 2015 at San Mateo, California.

    /s/ Geoffrey E. Wiggs
Geoffrey E. Wiggs, Esq