GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk Street, Suite # 350
San Mateo, Ca 94403-1171
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
geoff@wiggslaw.com

Attorney for Petitioning Creditors
**Michael Grodsky, Bianka McGuigan, and Andrew Kim**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>   Monica H. Hujazi,<br><br>          Debtor. | Case No. 13-30477-7-HLB<br><br>Chapter 7 (Involuntary)<br><br>**JOINDER IN INVOLUNTARY PETITION** |

Per the attached signature page of Official Bankruptcy Form 5, executed by unsecured creditor Andrew Kim, Creditor Andrew Kim joins in the pending Involuntary Bankruptcy Petition [Chapter 7] as to Monica H. Hujazi.

oo0oo

Respectfully submitted:

                                                **Law Offices Of Geoff Wiggs**

Dated: <u>November 10, 2015</u>             <u>/s/ *Geoffrey E. Wiggs, Esq.*</u>
                                                **Geoffrey E. Wiggs, Esq.**
                                                Attorney for Petitioning Creditor
                                                Andrew

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _/s/_ | x _/s/_  11/10/2015 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| Andrew Kim                    11/10/2015 | Law Offices of Geoff Wiggs |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| | 1900 S. Norfolk St., Ste 350, San Mateo, Ca 94403 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | (650) 577-5952 |
| | Telephone No. |

| | |
|---|---|
| x | x |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| | |
|---|---|
| x | x |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Andrew Kim | Judgment Debt | 470.54 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

__0__ continuation sheets attached

Geoffrey E. Wiggs (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

Attorney for Petitioning Creditors
**Michael Grodsky, Bianka McGuigan, and Andrew Kim**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In re

    Monica Hujazi,

           Debtor.

**Case No:** 13-30477 HLB

Chapter 7 i

**CERTIFICATE OF SERVICE**

    I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S. Norfolk Street, Suite 350, San Mateo, California 94403-1171.

On today's date, I served the following documents:

1. JOINDER IN INVOLUNTARY PETITION; and
2. CERTIFICATE OF SERVICE

by first-class United States Mail, postage pre-paid, at San Mateo, California, on the date below and addressed to the Claimant above, and on those listed below:

Harold Greenberg
Law Firm of Harold Greenberg
2263 S. Harvard Blvd.
Los Angeles, CA 90018

Craig W. Heidig
541 Lancaster Way
Redwood City, CA 94062

Palmer, Lombardi and Donohue
515 S. Flower St., Suite 2100
Los Angeles, CA 90071

Wendy A. Loo, Esq.
Deputy City Attorney
200 N. Main St., Suite 920
Los Angeles, CA 90012

| | |
|---|---|
| Benjamin G. Ramm<br>BASTA, Inc.<br>2500 Wilshire Blvd.Ste. 1050<br>Los Angeles, CA 90057 | Recoverex, Corp.<br>c/o Sidney A. Luscutoff<br>400 Montgomery St. #600<br>San Francisco, CA 94104 |
| Kristin A. Heinsch<br>Morrison and Foerster LLP<br>425 Market St.<br>San Francisco, CA 94105 | Allen Hyman, Esq.<br>LAW OFFICES OF ALLEN HYMAN<br>10737 Riverside Dr.<br>North Hollywood, CA 9160 |

  If the Chapter 7 Trustee, if assigned, is otherwise entitled to notice, the Trustee will receive such notice upon the electronic filing of the above-named document. I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed November 10, 2015 at San Mateo, California.

                 /s/ Geoffrey E. Wiggs
                 Geoffrey E. Wiggs, Esq