BRADLEY KASS, ESQ. (CBN# 127658)
KASS & KASS LAW OFFICES
520 S. El Camino Real, Suite 810
San Mateo, CA 94402
Phone Number: (650) 579-0612
Fax Number: (650) 579-0760
*kassoffice@sbcglobal.net*

Attorney for Alleged Debtor Monica Hujazi

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 13-30477 |
| PETITIONING CREDITORS: | Chapter 7-Involuntary |
| RECOVEREX ET. AL. | **SPECIAL OBJECTION SUPPLEMENTING** OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OF ISSUES BY RECOVEREX |
| V. | |
| ALLEGED DEBTOR: | |
| MONICA HUJAZI | |
| | DATE: November 19, 2015<br>TIME: 10:00 a.m.<br>DEPT: 23 |

SPECIAL OBJECTION

1

# I.

## SPECIAL OBJECTION

Alleged Debtor Monica Hujazi hereby submits the following **"SPECIAL OBJECTION SUPPLEMENTING** OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OF ISSUES BY RECOVEREX"

In the opposition memorandum of Alleged Debtor, objection has been asserted that the moving party Recoverex Corporation lacks standing to file the summary judgment motion.

In addition to the grounds as set forth within the opposition filed on November 5, 2015, Alleged Debtor asserts the following supplemental grounds objecting to the standing of Recoverex Corporation.

FRBP Rule 1003(a) states:

"Rule 1003. Involuntary Petition

> "(a) Transferor or Transferee of Claim. A transferor or transferee of a claim shall annex to the original and each copy of the petition a copy of all documents evidencing the transfer, whether transferred unconditionally, for security, or otherwise, and a signed statement that the claim was not transferred for the purpose of commencing the case and setting forth the consideration for and terms of the transfer. An entity that has transferred or acquired a claim for the purpose of commencing a case for liquidation under chapter 7 or for reorganization under chapter 11 shall not be a qualified petitioner."

//

//

As indicated in the opposition Recoverex Corporation has no standing or nexus to the Alleged Debtor. If they should assert that they are the assignee of claims of Luscutoff, Lendormy & Associates, then it is mandatory that they follow the procedures of FRBP 1003(a).

Attached to the opposition Declaration of Bradley Kass Esq. as Ex. A is a copy of the Involuntary Petition filed by moving party Recoverex Corporation. In violation of FRBP 1003(a), Recoverex Corporation did not attach an "annex to the original and each copy of the petition a copy of all documents evidencing the transfer, whether transferred unconditionally, for security, or otherwise, and a signed statement that the claim was not transferred for the purpose of commencing the case and setting forth the consideration for and terms of the transfer."

These conditions are mandatory as shown by the language of FRBP 1003(a) which uses the term "shall".

If Recoverex Corporation asserts that they are an assignee they have failed to comply with FRBP 1003(a), therefore they have **no standing** to make a motion for summary judgment.

It is respectfully asserted that this is grounds in and of itself to deny their summary judgment motion.

Respectfully submitted by,

DATED: November 11, 2015          KASS & KASS LAW OFFICES

/S/
BRADLEY KASS, ESQ.
Attorney for Alleged Debtor

SPECIAL OBJECTION
Case: 13-30477   Doc# 329   Filed: 11/11/15   Entered: 11/11/15 14:57:05   Page 3 of 3
2