GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk Street, Suite # 350
San Mateo, Ca 94403-1171
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
geoff@wiggslaw.com

Attorney for Petitioning Creditor
**Michael Grodsky**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Monica H. Hujazi,<br><br>Debtor. | Case No. 13-30477-7-HLB<br><br>Chapter 7 (Involuntary)<br><br>**NOTICE OF PETITIONING CREDITOR MICHAEL GRODSKY'S JOINDER IN THE MOTION FOR SUMMARY JUDGMENT; OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT OF PETITIONING CREDITOR RECOVEREX, CORP.**<br><br>**Hearing Date: November 19, 2015**<br>**Hearing Time: 10:00 a.m.**<br>**Court: 23 – Hon. Hannah Blumenstiel** |

**PLEASE TAKE NOTICE** that Petitioning Creditor Michael Grodsky JOINS in the Recoverex Corporation Motion for Summary Judgment; Or, Alternatively Partial Summary Judgment [Docket Entry No. 303], filed September 30, 2015.

For each and all the reasons stated in the Recoverex motion, Petitioning Creditor Michael Grodsky requests that the motion be granted as prayed.

oo0oo

Respectfully submitted:

                                                **Law Offices Of Geoff Wiggs**

Dated: November 11, 2015            /s/ *Geoffrey E. Wiggs, Esq.*
                                                **Geoffrey E. Wiggs, Esq.**
                                                Attorney for Petitioning Creditor
                                                Michael Grodsky

Geoffrey E. Wiggs (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

Attorney for Petitioning Creditor
Michael Grodsky

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>　　　Monica Hujazi,<br><br>　　　　　　Debtor. | **Case No:** 13-30477 HLB<br><br>Chapter 7 i<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S. Norfolk Street, Suite 350, San Mateo, California 94403-1171.

On today's date, I served the following documents:

1. NOTICE OF PETITIONING CREDITOR MICHAEL GRODSKY'S JOINDER IN THE MOTION FOR SUMMARY JUDGMENT; OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT OF PETITIONING CREDITOR RECOVEREX, CORP.; and
2. CERTIFICATE OF SERVICE

by first-class United States Mail, postage pre-paid, at San Mateo, California, on the date below and addressed to the Claimant above, and on those listed below:

Harold Greenberg　　　　　　　　　　　　Craig W. Heidig
Law Firm of Harold Greenberg　　　　　　541 Lancaster Way
2263 S. Harvard Blvd.　　　　　　　　　　Redwood City, CA 94062
Los Angeles, CA 90018

| | |
|---|---|
| Thomas E. Lombardi<br>Jennifer Yu Sacro<br>Palmer, Lombardi and Donohue<br>515 S. Flower St., Suite 2100<br>Los Angeles, CA 90071 | Kristin A. Heinsch<br>Morrison and Foerster LLP<br>425 Market St.<br>San Francisco, CA 94105 |
| Wendy A. Loo, Esq.<br>Deputy City Attorney<br>200 N. Main St., Suite 920<br>Los Angeles, CA 90012 | Recoverex, Corp.<br>c/o Sidney A. Luscutoff<br>400 Montgomery St. #600<br>San Francisco, CA 94104 |
| Benjamin G. Ramm<br>BASTA, Inc.<br>2500 Wilshire Blvd.Ste. 1050<br>Los Angeles, CA 90057 | Allen Hyman, Esq.<br>LAW OFFICES OF ALLEN HYMAN<br>10737 Riverside Dr.<br>North Hollywood, CA 91602 |

If the Chapter 7 Trustee, if assigned, is otherwise entitled to notice, the Trustee will receive such notice upon the electronic filing of the above-named document.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 11, 2015 at San Mateo, California.

                                                                                                 /s/ Geoffrey E. Wiggs
                                                                                                   Geoffrey E. Wiggs, Esq.