GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk Street, Suite # 350
San Mateo, Ca 94403-1171
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
geoff@wiggslaw.com

Attorney for Creditor
**Bianka McGuigan**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Monica H. Hujazi,<br><br>Debtor. | Case No. 13-30477-7-HLB<br><br>Chapter 7 (Involuntary)<br><br>**NOTICE OF JUDGMENT CREDITOR BIANKA MCGUIGAN'S JOINDER IN THE MOTION FOR SUMMARY JUDGMENT; OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT OF PETITIONING CREDITOR RECOVEREX, CORP.**<br><br>**Hearing Date: November 19, 2015**<br>**Hearing Time: 10:00 a.m.**<br>**Court: 23 – Hon. Hannah Blumenstiel** |

**PLEASE TAKE NOTICE** that Judgment Creditor and (by recent Joinder) Petitioning Creditor Bianka McGuigan JOINS in the Recoverex Corporation Motion for Summary Judgment; Or, Alternatively Partial Summary Judgment [Docket Entry No. 303], filed September 30, 2015.

For each and all the reasons stated in the Recoverex motion, Judgment Creditor Bianka McGuigan requests that the motion be granted as prayed.

oo0oo

NOTICE OF JOINDER TO MOTION FOR SUMMARY JUDGMENT                              Case No 13-30477 HLB

- 1 -

Case: 13-30477    Doc# 333    Filed: 11/11/15    Entered: 11/11/15 22:44:45    Page 1 of 4

Respectfully submitted:

**Law Offices Of Geoff Wiggs**

Dated: November 11, 2015

/s/ *Geoffrey E. Wiggs, Esq.*
**Geoffrey E. Wiggs, Esq.**
Attorney for Creditor
Bianka McGuigan

Geoffrey E. Wiggs (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

Attorney for Creditor
Bianka McGuigan

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>　　　Monica Hujazi,<br><br>　　　　　　Debtor. | **Case No:** 13-30477 HLB<br><br>Chapter 7 i<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S. Norfolk Street, Suite 350, San Mateo, California 94403-1171.

On today's date, I served the following documents:

1. NOTICE OF JUDGMENT CREDITOR BIANKA MCGUIGAN'S JOINDER IN THE MOTION FOR SUMMARY JUDGMENT; OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT OF PETITIONING CREDITOR RECOVEREX, CORP.; and

2. CERTIFICATE OF SERVICE

by first-class United States Mail, postage pre-paid, at San Mateo, California, on the date below and addressed to the Claimant above, and on those listed below:

| | |
|---|---|
| Harold Greenberg<br>Law Firm of Harold Greenberg<br>2263 S. Harvard Blvd.<br>Los Angeles, CA 90018 | Craig W. Heidig<br>541 Lancaster Way<br>Redwood City, CA 94062 |

**CERTIFICATE OF SERVICE**　　　　　　　　　　　　　　　　　　　　　　　Case No 13-30477 HLB

1

| | |
|---|---|
| Thomas E. Lombardi<br>Jennifer Yu Sacro<br>Palmer, Lombardi and Donohue<br>515 S. Flower St., Suite 2100<br>Los Angeles, CA 90071 | Kristin A. Heinsch<br>Morrison and Foerster LLP<br>425 Market St.<br>San Francisco, CA 94105 |
| Wendy A. Loo, Esq.<br>Deputy City Attorney<br>200 N. Main St., Suite 920<br>Los Angeles, CA 90012 | Recoverex, Corp.<br>c/o Sidney A. Luscutoff<br>400 Montgomery St. #600<br>San Francisco, CA 94104 |
| Benjamin G. Ramm<br>BASTA, Inc.<br>2500 Wilshire Blvd.Ste. 1050<br>Los Angeles, CA 90057 | Allen Hyman, Esq.<br>LAW OFFICES OF ALLEN HYMAN<br>10737 Riverside Dr.<br>North Hollywood, CA 91602 |

If the Chapter 7 Trustee, if assigned, is otherwise entitled to notice, the Trustee will receive such notice upon the electronic filing of the above-named document.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 11, 2015 at San Mateo, California.

  /s/ Geoffrey E. Wiggs
Geoffrey E. Wiggs, Esq.

CERTIFICATE OF SERVICE      Case No 13-30477 HLB

2