GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk Street, Suite # 350
San Mateo, Ca 94403-1171
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
geoff@wiggslaw.com

Attorney for Creditor
**Andrew Kim**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 13-30477-7-HLB |
| | ) |
| Monica H. Hujazi, | ) Chapter 7 (Involuntary) |
| Debtor. | ) |
| | ) **NOTICE OF JUDGMENT CREDITOR** |
| | ) **ANDREW KIM'S JOINDER IN THE** |
| | ) **MOTION FOR SUMMARY JUDGMENT;** |
| | ) **OR, ALTERNATIVELY, PARTIAL** |
| | ) **SUMMARY JUDGMENT OF** |
| | ) **PETITIONING CREDITOR** |
| | ) **RECOVEREX, CORP.** |
| | ) |
| | ) **Hearing Date: November 19, 2015** |
| | ) **Hearing Time: 10:00 a.m.** |
| | ) **Court: 23 – Hon. Hannah Blumenstiel** |

**PLEASE TAKE NOTICE** that Judgment  Creditor and (by recent Joinder) Petitioning

Creditor Andrew Kim JOINS in the Recoverex Corporation Motion for Summary Judgment; Or,

Alternatively Partial Summary Judgment [Docket Entry No. 303], filed September 30, 2015.

For each and all the reasons stated in the Recoverex motion, Judgment Creditor Andrew

Kim requests that the motion be granted as prayed.

ooOoo

NOTICE OF JOINDER TO MOTION FOR SUMMARY JUDGMENT                    Case No 13-30477 HLB

- 1 -

Respectfully submitted:

**Law Offices Of Geoff Wiggs**

Dated: <u>November 11, 2015</u>                     <u>/s/ *Geoffrey E. Wiggs, Esq.*</u>
**Geoffrey E. Wiggs, Esq.**
Attorney for Creditor
Andrew Kim

NOTICE OF JOINDER TO MOTION FOR SUMMARY JUDGMENT                     Case No 13-30477 HLB

- 2 -

Geoffrey E. Wiggs (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

Attorney for Creditor
Andrew Kim

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>    Monica Hujazi,<br><br>          Debtor. | **Case No:** 13-30477 HLB<br><br>Chapter 7 i<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S. Norfolk Street, Suite 350, San Mateo, California 94403-1171.

On today's date, I served the following documents:

1.  NOTICE OF JUDGMENT CREDITOR ANDREW KIM'S JOINDER IN THE MOTION FOR SUMMARY JUDGMENT; OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT OF PETITIONING CREDITOR RECOVEREX, CORP.; and

2.  CERTIFICATE OF SERVICE

by first-class United States Mail, postage pre-paid, at San Mateo, California, on the date below and addressed to the Claimant above, and on those listed below:

Harold Greenberg
Law Firm of Harold Greenberg
2263 S. Harvard Blvd.
Los Angeles, CA 90018

Craig W. Heidig
541 Lancaster Way
Redwood City, CA 94062

**CERTIFICATE OF SERVICE**                                    Case No 13-30477 HLB

1

| | |
|---|---|
| 1 | Thomas E. Lombardi |
| 2 | Jennifer Yu Sacro |
| | Palmer, Lombardi and Donohue |
| 3 | 515 S. Flower St., Suite 2100 |
| | Los Angeles, CA 90071 |

Thomas E. Lombardi
Jennifer Yu Sacro
Palmer, Lombardi and Donohue
515 S. Flower St., Suite 2100
Los Angeles, CA 90071

Wendy A. Loo, Esq.
Deputy City Attorney
200 N. Main St., Suite 920
Los Angeles, CA 90012

Benjamin G. Ramm
BASTA, Inc.
2500 Wilshire Blvd.Ste. 1050
Los Angeles, CA 90057

Kristin A. Heinsch
Morrison and Foerster LLP
425 Market St.
San Francisco, CA 94105

Recoverex, Corp.
c/o Sidney A. Luscutoff
400 Montgomery St. #600
San Francisco, CA 94104

Allen Hyman, Esq.
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Dr.
North Hollywood, CA 91602

If the Chapter 7 Trustee, if assigned, is otherwise entitled to notice, the Trustee will receive such notice upon the electronic filing of the above-named document. I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 11, 2015 at San Mateo, California.

 /s/ Geoffrey E. Wiggs
Geoffrey E. Wiggs, Esq.

**CERTIFICATE OF SERVICE**                                    **Case No 13-30477 HLB**

2