Signed and Filed: November 23, 2015

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 13-30477 HLB |
| | ) |
| MONICA H. HUJAZI, | ) Chapter 7 |
| | ) |
| Alleged Debtor. | ) |

### ORDER SUSTAINING IN PART AND OVERRULING IN PART ALLEGED DEBTOR'S OBJECTIONS

This matter came before the Court on November 19, 2015 for a hearing on Petitioning Creditor Recoverex Corporation's Motion for Summary Judgment filed September 30, 2015 (the "Motion"). Along with her opposition to the Motion (the "Opposition"), Alleged Debtor Monica Hujazi filed a Special Objection and Request to Strike (Doc. 321, the "Special Objection and Request to Strike") seeking to strike the joinder, memorandum of points and authorities, and additional evidence submitted by Petitioning Creditor Allen Hyman in support of the Motion. She also filed an untimely Objection to Evidence (Doc. 331, the "Objection to Evidence"), objecting to several pieces of evidence submitted by Recoverex Corporation in support of the Motion, and an untimely Special Objection Supplementing Opposition (Doc. 329, the "Special Objection Supplementing Opposition"), objecting to Recoverex

ORDER SUSTAINING IN PART AND
OVERRULING IN PART
ALLEGED DEBTOR'S OBJECTIONS - 1 -

Corporation's standing to bring the Motion for failure to comply with Rule 1003(a) of the Federal Rules of Bankruptcy Procedure. Finally, Ms. Hujazi raised several evidentiary objections in her Opposition, some of which were included in the timely Objection to Evidence, and some of which were not.

Upon due consideration, and for the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. The Objection to Evidence is **SUSTAINED** as to the hearsay statements of Michael Prendergast contained in the declaration of Harold Greenberg (Doc. 303-16), and is **OVERRULED** in all other respects;
2. The Special Objection and Request to Strike is **SUSTAINED** as to the request to strike the untimely memorandum in support and additional evidence submitted by Mr. Hyman (Docs. 310 and 311), and is **OVERRULED** as to Mr. Hyman's joinder in the Motion (Doc. 309);
3. The Special Objection Supplementing Opposition is **OVERRULED** in its entirety; and
4. The evidentiary objections raised in the Opposition that are not otherwise addressed above are **OVERRULED**.

**\*\*END OF ORDER\*\***

## Court Service List

[None]