**Entered on Docket**
**January 12, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




**Signed and Filed: January 11, 2016**

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

In re:

MONICA H. HUJAZI,

Debtor.

Case No. 13-30477 HLB

Chapter 7

**ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME AND PARTIAL RELIEF FROM THE COURT'S ORDER TO SHOW CAUSE**

This matter is before the Court on Debtor's Ex Parte Application for an Order Extending the Time for Debtor to Submit Certain Schedules and for Partial Relief from OSC Entered January 5, 2016 (the "Motion"). Upon due consideration, and good cause appearing, the Court **GRANTS IN PART AND DENIES IN PART** the Motion as follows:

(1) Debtor's request for an extension to January 21, 2016 to file required documents is **GRANTED.**

(2) Debtor's request to continue the hearing on the Court's Order to Show Cause is **GRANTED**; however, January 28, 2016 is not an available hearing date. The hearing is therefore continued from January 21, 2016 to **February 4, 2016 at 10:00 a.m.**

(3) Debtor's request to be relieved from scheduling certain parties as creditors is **DENIED**. Debtor shall

schedule creditors based upon the applicable definitions of "creditor" and "claim" in the Bankruptcy Code (11 U.S.C. §§ 101 et seq.).

(4) Debtor’s request to be relieved of the requirement to file certain documents identified in the Court’s Order for Individual(s) in Chapter 7 and Chapter 13 Cases to File Required Documents (“Order to File Documents”) (docket no. 366) is **GRANTED** as to the Individual Debtor's Statement of Compliance with Credit Counseling Requirement (Official Form 101-Part 5); but **DENIED** as to the remainder of the documents identified in the Order to File Documents.

****END OF ORDER****



Case: 13-30477 Doc# 380 Filed: 01/11/16 Entered: 01/12/16 09:47:19 Page 2 of 3

**Court Service List**

[None]