Signed and Filed: January 14, 2016

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 13-30477 HLB
                                          )
MONICA H. HUJAZI,                         ) Chapter 7
                                          )
                    Debtor.               )
_____)

**ORDER DENYING DEBTOR'S MOTION TO ALTER, VACATE, OR AMEND JUDGMENT AND/OR FOR RELIEF FROM ORDER ENTERED NOVEMBER 30, 2015**

This matter came before the Court on January 14, 2016 for a hearing on Debtor's Motion to Alter, Vacate, or Amend Judgment and/or for Relief from Order Entered November 30, 2015 (the "Motion"). Appearances were as noted on the record. Upon due consideration, and for the reasons stated on the record, the Motion is hereby **DENIED**.

**\*\*END OF ORDER\*\***

ORDER DENYING DEBTOR'S MOTION TO
ALTER, VACATE, OR AMEND JUDGMENT
AND/OR FOR RELIEF FROM ORDER
ENTERED NOVEMBER 30, 2015                    - 1 -

## Court Service List

Mark E. Beallo
Law Firm of Harold Greenberg
2263 South Harvard Blvd.
Los Angeles, CA 90018-2143

Craig W. Heidig
541 Lancaster Way
Redwood City, CA 94062

Benjamin G. Ramm
2500 Wilshire Blvd. # 1050
Los Angeles, CA 90057

Wendy A. Loo
Los Angeles City Attorney's Office
200 North Main Street, Suite 920
Los Angeles, CA 90012