1   LAWRENCE A. JACOBSON, SBN 057393
    SEAN M. JACOBSON, SBN 227241
2   COHEN AND JACOBSON, LLP
    900 Veterans Boulevard, Suite 600
3   Redwood City, California 94063
    Telephone: (650) 261-6280
4   Facsimile:  (650) 368-6221

5   Attorneys for Moving Party
    Debra J. Dolch, Trustee of The Helena
6   Hujazi 2005 Trust dated August 16, 200~

**Signed and Filed: February 22, 2016**

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

7

8                  UNITED STATES BANKRUPTCY COURT

9                         NORTHERN DISTRICT

10                     SAN FRANCISCO DIVISION

11

12  In re                              Case No. 13-30477 HLB

13  MONICA H. HUJAZI,                  Chapter 7

14          Debtor.                    <u>Hearing Information</u>

15                                     Date:   February 18, 2016
                                       Time:   1:00 p.m.
16                                     Place:  Hon. Hannah L. Blumenstiel
                                               450 Golden Gate Avenue
17                                             16th Floor, Courtroom 19
                                               San Francisco, California 94102
18

19  _____

20  **ORDER GRANTING MOTION BY DEBRA J. DOLCH, TRUSTEE OF THE HELENA W**
    **HUJAZI 2005 TRUST DATED AUGUST 16, 2005 FOR RELIEF FROM STAY**

21

22

23

24

25

26

1    Debra J. Dolch, Trustee of the Helena W Hujazi 2005 Trust dated August 16, 2005 ("Moving

2    Party") having filed and duly served her Motion by Debra J. Dolch, Trustee of the Helena W Hujazi

3    2005 Trust dated August 16, 2005 for an Order: (1) Confirming That No Stay Is in Effect Regarding

4    the Sale of Assets Owned by a Non-Debtor Limited Liability Company; (2) Alternatively, Granting

5    Relief from Stay; and (3) Waiving Any Waiting Periods Pertaining to the Effective Date of the Order

6    Including FRBP 4001(a)(3), and related pleadings (the "Motion"); Debtor having filed her

7    Opposition; the Chapter 7 Trustee having filed her non-opposition (the "Non-Opposition") and her

8    Response to the Debtor's Opposition (the "Response"); the matter having come on for hearing on

9    February 18, 2016, at 1:00 p.m., the Hon. Hannah L. Blumenstiel presiding; Moving Party having

10   appeared by Cohen and Jacobson, LLP (Sean M. Jacobson appearing); Debtor having appeared by

11   Kass & Kass Law Offices (Bradley Kass appearing telephonically); the Chapter 7 Trustee having

12   appeared by Dentons US LLP (Michael Isaacs appearing telephonically); the Court having read and

13   considered the Motion, Opposition, Non-Opposition, and Response, and having entertained the

14   arguments of counsel; the Court having noted on the record that it was not making any findings as to

15   any property rights; notice being proper; and good cause appearing:

16       IT IS HEREBY ORDERED that, for the reasons set forth in the moving papers and stated on

17   the record, the Motion is GRANTED to allow Moving Party to sell certain real property owned by

18   non-debtor entity Commercial-Hujazi, LLC (the "LLC") and to seek approval of the sale in the

19   probate proceeding pending as San Mateo County Superior Court Case No. PRO113462.

20       IT IS FURTHER ORDERED that any holding periods pertaining to the effective date of this

21   Order, including that set forth in FRBP 4001(a)(3), are hereby waived and this Order is effective

22   immediately.

***END OF ORDER***

23

24

25

26

1

1      <u>Court Service List</u>

2     Monica H. Hujazi
911 N. Amphlett St.
3     San Mateo, CA 94401

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2