1    CROWELL & MORING LLP
     Thomas F. Koegel (CSB No. 125852, tkoegel@crowell.com)
2    Rebecca M. Suarez (CSB No. 284853, rsuarez@crowell.com)
     275 Battery Street, 23rd Floor
3    San Francisco, CA  94111
     Telephone: 415.986.2800
4    Facsimile: 415.986.2827

5    Attorneys for E. Lynn Schoenmann,
     Chapter 7 Trustee of the Zuercher Trust bankruptcy estate
6

7

8                        UNITED STATES BANKRUPTCY COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12   In re                                    Case No.  13-30477-HLB

13        MONICA H. HUJAZI,                    Chapter 7

14              Debtor.                        **RESPONSE OF ZUERCHER TRUSTEE
                                               TO APPLICATION FOR AUTHORITY TO
15                                             EMPLOY BROKER**
                                               **(3201 Mission Street,**
16                                             **San Francisco, CA 94110)**

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

RESPONSE OF ZUERCHER TRUSTEE TO
APPLICATION FOR AUTHORITY TO EMPLOY
BROKER

Case: 13-30477   Doc# 445   Filed: 05/19/16   Entered: 05/19/16 17:29:58   Page 1 of 3
SFACTIVE-904066005.1SFACTIVE-904066005.1

1    E. Lynn Schoenmann, the Chapter 7 Trustee of the bankruptcy estate of The Zuercher

2    Trust of 1999, *In re The Zuercher Trust of 1999*, Case No. 12-32747-HLB (the "Zuercher

3    Trustee"), does not oppose the motion of Janina M. Hoskins, the Chapter 7 Trustee for the

4    Monica Hujazi bankruptcy estate (the "Hujazi Trustee") for authority to employ a broker to sell

5    the property located at 3201 Mission Street, San Francisco, CA 94110 (the "Mission Property").

6    As the court is aware, the Mission Property is one of the subjects of the Zuercher Trustee's

7    fraudulent transfer claims in Adversary Proceeding 13-3046, *Schoenmann v. Peninsula

8    Commons, LLC*, currently pending in the Zuercher Trust bankruptcy case (the "Peninsula

9    Commons AP").

10   Notwithstanding the Zuercher Trustee's fraudulent transfer claim in the Peninsula

11   Commons AP, the Mission Property must be sold or be lost to the secured creditor.  As noted in

12   the Hujazi Trustee's Application, the Hujazi Trustee has properly sought and received an order

13   authorizing her limited operation of any entities owned by Monica Hujazi (the "Operating

14   Order").  (Hujazi Bankr. Dkt. 413).  One of those entities is SF Corners, LLC ("SF Corners"),

15   which of course is in its own involuntary proceeding, *In re SF. Corners, LLC*, Case No. 15-

16   30579-HLB.  Since no order for relief has yet been entered in that matter, under 11 U.S.C. §

17   303(f), the Hujazi Trustee has the power notwithstanding the involuntary petition to "use, acquire,

18   or dispose of property."  The Hujazi Trustee is entitled to her choice of a professional to assist

19   with the disposition of the Mission Property by SF Corners.

20   The Zuercher Trustee does observe, however, that the Operating Order will expire by its

21   own terms on June 13, 2016.  Additionally, because the Hujazi Trustee merely stands in the shoes

22   of Monica Hujazi in operating SF Corners, the Hujazi Trustee (like Ms. Hujazi herself) is subject

23   to the Receivership Order (Peninsula Commons AP Dkt. 87), which placed the Mission Property

24   in a receivership and enjoined Monica Hujazi from interfering with the court-appointed receiver's

25   possession thereof.

26   The Mission Property must be sold, and the appointment of a broker to assist the Hujazi

27   Trustee to do so is appropriate.  It is clear, however, that any proposed sale must be addressed not

28   only in the Hujazi bankruptcy case—but in the Zuercher Trust and SF Corners bankruptcy cases

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

RESPONSE OF ZUERCHER TRUSTEE TO
APPLICATION FOR AUTHORITY TO EMPLOY
BROKER

SFACTIVE-904066005.1SFACTIVE-904066005.1

1  as well.  The Court will need to address both the necessary relief from the Receivership Order and

2  the impact of the Zuercher Trust estate's claims on any proceeds of sale.  The Zuercher Trustee

3  respectfully submits that the procedure for presenting any proposed sale to the creditors of the

4  Zuercher Trust, Monica Hujazi, and SF Corners—and the treatment of any proceeds—should be a

5  subject of the June 2nd status conferences in the Peninsula Commons AP and the SF Corners

6  bankruptcy case. The Zuercher Trustee further wishes to make clear that her lack of objection to

7  the appointment of a Hujazi Estate broker in no way constitutes a consent to the disposition of

8  any proceeds received by SF Corners.

9  Dated: May 19, 2016                                          CROWELL & MORING LLP

10

11                                                                                /s/

12                                                                   Thomas F. Koegel
                                                                Attorneys for Chapter 7 Trustee
13                                                                  E. Lynn Schoenmann

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

RESPONSE OF ZUERCHER TRUSTEE TO
-2-                                 APPLICATION FOR AUTHORITY TO EMPLOY
BROKER