1    MICHAEL A. ISAACS (SBN 99782)
       michael.isaacs@dentons.com
2    DENTONS US LLP
     One Market Plaza, Spear Tower, 24th Floor
3    San Francisco, California 94105-1101
     Telephone:    415.267.4000
4    Facsimile:    415.267.4198

5    Attorneys for JANINA M. HOSKINS,
     Trustee

6

7

8                        UNITED STATES BANKRUPTCY COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11   In re                                    Case No:  13-30477 HLB
                                              Chapter 7
12     MONICA H. HUJZAI,                       Hon. Hannah L. Blumenstiel

13              Debtor.                        **SECOND STIPULATION TO ENTRY OF
                                              ORDER EXTENDING DATE FOR
14                                            FILING COMPLAINT OBJECTING TO
                                              DISCHARGE OR FOR NON-
15                                            DISCHARGEABILITY OF DEBT**
                                              **(11 U.S.C. 523(c) and 11 U.S.C. 727)**
16

17

18          This stipulation is entered into by and between Monica H. Hujzai, the Debtor and Janina

19   M. Hoskins, Trustee in bankruptcy of the Debtor's estate (the "Trustee"), through their respective

20   counsel:

21                              R E C I T A L S

22          A.      On March 1, 2013, a Chapter 7 Involuntary Petition was filed against the Debtor.

23          B.      On November 30, 2015, the Court issued an Order for Relief was entered as Docket

24   Entry No. 342 under Chapter 7 of Title 11 of the United States Code.

25          C.      On December 31, 2015, the Court issued its Notice of Chapter 7 Bankruptcy Case –

26   No Proof of Claim Deadline as Docket Entry No. 365 (the "Notice").

27          D.      The Notice indicated that there were deadlines for filing complaints against the

28   Debtor for non-dischargeability or denial of discharge.

E.    On March 11, 2016, pursuant to a stipulation, the Court entered its Order Extending Date for Filing Complaint Objecting to Discharge or for Nondischargeability of Debt (11 U.S.C. 523(c) and 11 U.S.C. 727) as Docket Entry No. 433, extending the deadlines for filing complaints against the Debtor for non-dischargeability or denial of discharge to June 27, 2016.

F.    The Debtor and the Trustee wish to extend the June 27, 2016 deadline for approximately 90 additional days.

NOW, THEREFORE, the parties agree as follows:

1.    Any complaints that would have to be filed in conformity with Bankruptcy Code Sections 523 or 727 (11 U.S.C. §§ 523, 727) and Rule 4004 or 4007 of the Federal Rules of Bankruptcy Procedure (i.e., discharge and non-dischargeability of debt) shall be extended for approximately 90 days from the current deadline of June 27, 2016 until September 23, 2016.

2.    The parties agree to the entry of an order in the form of that annexed hereto as **Exhibit A**.

DATED: June 13, 2016                    KASS & KASS LAW OFFICES


By:  ____/s/Bradley Kass, Esq., CSBN 127658____
     BRADLEY KASS
     Attorneys for MONICA H. HUJAZI, Debtor

DATED: June 14, 2016                    DENTONS US LLP


By:  ____/s/Michael A. Isaacs, Esq., CSBN 99782____
     MICHAEL A. ISAACS
     Attorneys for JANINA M. HOSKINS, Trustee

97138945\V-1

1  MICHAEL A. ISAACS (SBN 99782)
     michael.isaacs@dentons.com
2  DENTONS US LLP
   One Market Plaza,
3  Spear Tower, 24th Floor
   San Francisco, CA  94105-1101
4  Tel:    415.267.4000
   Fax:    415.267.4198
5
   Attorneys for
6  JANINA M. HOSKINS,
   Trustee
7

8                UNITED STATES BANKRUPTCY COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

| 11  In re | Case No:  13-30477 HLB |
|---|---|
| 12    MONICA H. HUJZAI, | Chapter 7<br>Hon. Hannah L. Blumenstiel |
| 13          Debtor. | **ORDER EXTENDING DATE FOR** |
| 14 | **FILING COMPLAINT OBJECTING TO**<br>**DISCHARGE OR FOR NON-**<br>**DISCHARGEABILITY OF DEBT** |
| 15 | **(11 U.S.C. 523(c) and 11 U.S.C. 727)** |
| 16 | |

17          Based on the Second Stipulation to Entry of Order Extending Date for Filing Complaint

18  Objecting to Discharge or for Non-Dischargeability of Debt (11 U.S.C. 523(c) and 11 U.S.C. 727)

19  (the "Stipulation") entered into between Janina M. Hoskins, Trustee in bankruptcy of the estate of

20  the above-named Debtor (the "Trustee") and the Debtor, and electronically filed on June _____,

21  2016 as Docket Entry No. _____, it is hereby

22          ORDERED, as follows:

23          1.      The Stipulation is approved.

24          2.      The current deadlines established pursuant to Rule 4004 or 4007 to object to the

25  Debtor's discharge or non-dischargeability of debt is hereby extended until September 23, 2016.

26                      ***END OF ORDER ***

27

28

97139070\V-1

EXHIBIT A