MICHAEL A. ISAACS (SBN 99782)
  michael.isaacs@dentons.com
DENTONS US LLP
One Market Plaza,
Spear Tower, 24th Floor
San Francisco, CA 94105-1101
Tel:   415.267.4000
Fax:  415.267.4198

Attorneys for
JANINA M. HOSKINS,
Trustee

Signed and Filed: February 14, 2017

**HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>   MONICA H. HUJAZI,<br><br>      Debtor. | Case No: 13-30477 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel<br><br>**ORDER EXTENDING DATE FOR FILING COMPLAINT OBJECTING TO DISCHARGE OR FOR NON-DISCHARGEABILITY OF DEBT<br>(11 U.S.C. §523(c) and 11 U.S.C. §727)** |

Based on the Fifth Stipulation to Entry of Order Extending Date for Filing Complaint Objecting to Discharge or for Non-Dischargeability of Debt (11 U.S.C. §523(c) and 11 U.S.C. §727) (the "Stipulation") entered into between Janina M. Hoskins, Trustee in bankruptcy of the estate of the above-named Debtor (the "Trustee") and the Debtor, and electronically filed on February 14, 2017 as Docket Entry No. 542, it is hereby

ORDERED, as follows:

1. The Stipulation is approved.

2. The current deadlines established pursuant to Rule 4004 or 4007 to object to the Debtor's discharge or non-dischargeability of debt is hereby extended until April 21, 2017.

***END OF ORDER ***

102521547\V-1