MICHAEL A. ISAACS (SBN 99782)
 michael.isaacs@dentons.com
DENTONS US LLP
One Market Plaza,
Spear Tower, 24th Floor
San Francisco, CA 94105-1101
Tel.: 415.267.4000
Fax: 415.267.4198

Attorneys for
JANINA M. HOSKINS,
Trustee

Signed and Filed: September 12, 2017

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

MONICA H. HUJAZI,

Debtor.

Case No: 13-30477 HLB
Chapter 7
Hon. Hannah L. Blumenstiel

**ORDER EXTENDING DATE FOR FILING COMPLAINT OBJECTING TO DISCHARGE OR FOR NON-DISCHARGEABILITY OF DEBT
(11 U.S.C. § 523(c) and 11 U.S.C. § 727)**

Based on the Eighth Stipulation to Entry of Order Extending Date for Filing Complaint Objecting to Discharge or for Non-Dischargeability of Debt (11 U.S.C. § 523(c) and 11 U.S.C. § 727) (the "Stipulation") entered into between Janina M. Hoskins, Trustee in bankruptcy of the estate of the above-named Debtor (the "Trustee") and the Debtor, and electronically filed on September 12, 2017 as Docket Entry No. 615, it is hereby

ORDERED, as follows:

1. The Stipulation is approved.

2. The current deadline established pursuant to Rule 4004 or 4007 to object to the Debtor's discharge or non-dischargeability of debt is hereby extended until December 18, 2017.

**\*\*END OF ORDER \*\***

104963358\V-1