LAWRENCE A. JACOBSON, SBN 057393
SEAN M. JACOBSON, SBN 227241
COHEN AND JACOBSON, LLP
66 Bovet Road, Suite 285
San Mateo, CA 94402
Telephone: (650) 261-6280

MICHAEL A. ISAACS SBN 99782
DENTONS US LLP
1 Market Plaza
Spear Tower, 24th Fl.
San Francisco, CA 94105
Telephone: (650) 261-6280
Facsimile: (415) 267-4198

Signed and Filed: January 3, 2018

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 13-30477 HLB |
| MONICA H. HUJAZI, | Chapter 7 |
| Debtor. | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Debra J. Dolch, Trustee of the Helena W Hujazi 2005 Trust dated August 16, 2005 ("Dolch"), on the one hand, and Chapter 7 Trustee Janina Hoskins, on the other hand, having filed their Stipulation for Entry of Order for Relief from the Automatic Stay (the "Stipulation"); Dolch having filed her *Ex Parte Application* for Approval of Stipulation for Entry of Order for Relief from the Automatic Stay (the "Application"); the Court having read and considered the Stipulation and Application; and good cause appearing:

IT IS HEREBY ORDERED that the Court finds that notice of the Application was proper under FRBP 4001(d), and the Application is GRANTED.

IT IS FURTHER ORDERED that the Stipulation and the terms set forth therein are APPROVED.

IT IS FURTHER ORDERED that Dolch be, and hereby is, granted relief from stay as to the estate and Trustee to seek an order from the Probate Court, in San Mateo County Superior Court, appointing a successor trustee of the Monica Trust; to request that the Probate Court issue an order providing instructions regarding this Court's Order Granting Trustee's Motion to Compromise Controversy With Debtor which was entered on October 24, 2017 (the "Compromise Order"); to take such actions as are consistent with the instructions of the Probate Court with regard to the Compromise Order; and to seek relief related thereto.

***END OF ORDER***

1

Court Service List

Monica Hujazi
911 N. Amphlett Blvd.
San Mateo, CA 94401