

MICHAEL A. ISAACS (SBN 99782)
michael.isaacs@dentons.com
ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105
Tel: (415) 267-4000
Fax: (415) 267 4198

Attorneys for
Janina M. Hoskins,
Chapter 7 Trustee

Signed and Filed: December 6, 2018

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MONICA H. HUJAZI,<br><br>Debtor. | Case No: 13-30477 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel<br><br>**ORDER AUTHORIZING COMPROMISE OF CONTROVERSY WITH MARK A. WALTHER, AS SUCCESSOR TRUSTEE OF THE MONICA HUJAZI TRUST DATED JANUARY 23, 2008**<br>[Fed. R. Bankr. P. 9019(a), 2002(a)] |

The Court, having considered the Trustee's Motion to Compromise Controversy With Mark A. Walther, as Successor Trustee of the Monica Hujazi Trust Dated January 23, 2008; Memorandum of Points and Authorities [Fed. R. Bankr. P. 9019(a), 2002(a)] filed November 15, 2018 as Docket Entry No. 716 (the "Motion"), the supporting declarations of the Trustee and counsel, the statements of non-opposition filed by creditors Win Win Alexander Union, LLC and Lion Brownstone, LLC and the response filed by Mark A. Walther, and it appearing that, as noted in the Court's Docket Text Order dated December 5, 2018, no objections were filed and the notice of the motion was proper, it is

ORDERED as follows:

1. The Trustee's Motion is granted.

109775789\V-1

2. The Trustee is authorized to enter into the compromise as described in the Motion and as more thoroughly described in the Settlement Agreement annexed as Exhibit A to the Declaration of Andrew S. Azarmi in Support of Motion to Compromise Controversy With Mark A. Walther, As Successor Trustee of the Monica Hujazi Trust Dated January 23, 2008, filed November 15, 2018 as Docket Entry No. 716-2.

3. To the extent applicable, this Order is effective upon entry, and the stay otherwise imposed by Rule 62(a) of the Federal Rules of Civil Procedure and/or Bankruptcy Rule 6004(h) shall not apply.

4. The Trustee is authorized to execute any and all documents as may be necessary to complete the compromise approved by this Order and take any and all measures necessary to facilitate or enforce the implementation of the compromise.

***END OF ORDER ***

109775789\V-1