

Signed and Filed: January 13, 2022

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 13-30477 HLB |
| MONICA HUJAZI, | ) Chapter 7 |
| Debtor. | ) |

**ORDER DENYING DEBTOR'S MOTION TO ALTER OR AMEND COMPENSATION ORDER OR, IN THE ALTERNATIVE, FOR RELIEF FROM JUDGMENT**

This case came before the court on January 13, 2022 for a hearing on Debtor Monica Hujazi's Motion to Alter or Amend Compensation Order or, in the Alternative, for Relief from Judgment.[1] The Motion insists that the court must alter or vacate two orders issued on November 15, 2021,[2] which approved over Ms. Hujazi's objections[3] Dentons US LLP's ("Dentons") Fifth and Final Application for Compensation[4] as former general bankruptcy counsel for Chapter 7 Case Trustee Janina Hoskins and its First Interim Application for Compensation as Ms.

---

[1] Dkt. 857 (the "Motion").

[2] Dkt. 850 (order approving Dkt. 845) and Dkt. 851 (order approving Dkt. 846).

[3] Dkts. 848 and 849.

[4] Dkt. 845.

Hoskins' special litigation counsel.[5] Dentons opposed the Motion[6]; Ms. Hujazi replied.[7] Appearances were as noted on the record.

Based on the court's analysis of the Motion, opposition, and reply; its consideration of the arguments made at the January 13 hearing; and for the reasons stated in the oral findings of fact and conclusions of law read into the record at the conclusion of the January 13 hearing, the court **ORDERS** as follows:

    **1.**    Dentons' Request for Judicial Notice is hereby **GRANTED**.

    **2.**    The Motion is hereby **DENIED**.

**\*\*END OF ORDER\*\***

---

[5] Dkt. 846.

[6] Dkt. 859.

[7] Dkt. 861.

## Court Service List

[None]