Entered on Docket
May 25, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 25, 2022

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Michael A. Isaacs (SBN 99782)
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-404-5252
Fax. 415-680-1712
misaacs@rinconlawllp.com

Counsel for
Janina M. Hoskins,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MONICA H. HUJAZI<br>    *aka* ZUERCHER FAMILY TRUST<br>    *aka* THE ZUERCHER TRUST<br>        OF 1999<br>    *aka* BAY CITIES FINANCIAL<br>    *aka* ALEXANDRIA APARTMENTS<br>    *aka* BROWNSTONE LOFTS<br>    *aka* PENINSULA COMMONS<br>    *aka* SF CORNERS<br>    *aka* EMERALD SQUARE<br>        APARTMENTS,<br><br>        Debtor. | Case No. 13-30477 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel<br><br>**ORDER AUTHORIZING ORDER AUTHORIZING TRUSTEE TO EXECUTE ACCEPTANCE OF ACCOUNTING AND WAIVER OF CLAIMS**<br>**(Probate-Related Issues)** |

Upon due consideration, based on the Trustee's Motion for Order Authorizing Trustee to Execute Acceptance of Accounting and Waiver of Claims (Probate-Related Issues) [B.L.R. 9014-1(b)(3)] and supporting declaration of Trustee, filed May 2, 2022 as Docket 879 ("Motion"), the Notice and Opportunity for Hearing on Motion for Order Authorizing Trustee to Execute Acceptance of Accounting and Waiver of Claims (Probate-Related Issues) [B.L.R. 9014-1(b)(3)] filed the same day as Docket 880 ("Notice"); which Notice was served by U.S. Mail upon all parties on the Debtor's Mailing Matrix, as evidenced by the Certificate of Service / Declaration of Mailing filed May 2, 2022 as Docket 881, and it appearing from the Trustee's Notice and Certificate of Service that notice is adequate, that no objection to the authorization sought by the Trustee as

described in the Notice has been filed or received by the Trustee's counsel, and that good cause exists, it is

ORDERED as follows:

1. The Motion is granted.

2. The Trustee is authorized to execute the following documents and return them to the trustee of the Helena Hujazi Trust and manager of the limited liability companies, Debra Dolch:

    (a) Helena W. Hujazi 2005 Living Trust
           Acceptance of Accounting and Waiver of Claims Against Trustee;

    (b) Commercial-Hujazi, LLC
           Acceptance of Accounting and Waiver of Claims Against Trustee;
           and

    (c) Sylvan-Hujazi, LLC
           Acceptance of Accounting and Waiver of Claims Against Trustee,

authentic copies of which are annexed to the Declaration of Janina M. Hoskins in Support of Motion for Order Authorizing Trustee to Execute Acceptance of Accounting and Waiver of Claims (Probate-Related Issues) [Docket 879-1] collectively as Exhibit A, and described in the Trustee's May 2, 2022, Notice.

**\*\*END OF ORDER \*\***